# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:   Kathleen S Prater                                              Case Number:   18-70594
         Debtor

## ORDER CONTINUING CONFIRMATION HEARING

### NOTICE OF HEARING

The confirmation hearing is continued to 1/15/2019 at 10:00 am in the U.S. District Court Building, 110 Main Street, Room 201, Pikeville, KY  41501.

To be entered:

/s/  Beverly M. Burden

Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204


Kathleen S Prater                              BELHASEN, FRANKLEN K.
PO Box 111                                     Served Electronically Via ECF
McDowell, KY  41647-0111

Synchrony Bank
Via Ecf
,

First Commonwealth Bank
% Franklin Heaberlin
119 East Court St
Prestonsburg, KY  41653

Sottile & Barile
Via Ecf
,

Partners For Payment Relief De Iv Llc
920 Cassatt Road Ste 210
Berwyn, PA  19312