**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

IN RE:

**KATHLEEN S. PRATER**

**DEBTOR(S)**                                                              **CASE NO. 18-70594**


**TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION**


Confirmation: NOT RECOMMENDED.

There is a pending objection to the plan by Partners for Payment Relief DE IV, LLC ("PPR") [Doc. 21] asserting it is secured by real property located at 911 Highway 122 in McDowell, Kentucky. This creditor objects to the valuation set at $0 for its collateral, and the further lack of any interest and payments due it. The plan treats this claim as wholly unsecured.

First Commonwealth Bank ("FCB") appears to hold the first mortgage recorded on January 14, 1999 on the above real property, and list a payoff of $6,276.37. FCB also holds a lien on the 1999 manufactured home with its lien of record noted on the certificate of title on January 8, 1999.

PPR has a mortgage on the same property recorded in 2001 and originally held by Key Bank. PPR does not appear as a lienholder on the manufactured home certificate of title that was recently issued on June 13, 2018. PPR may be secured only to the extent that the real property value exceeds the payoff to FCB.

Respectfully submitted by:        Beverly M. Burden, Chapter 13 Trustee

By: /s/ Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID: 82898

P.O. Box 2204  
Lexington, KY 40588-2204  
(859) 233-1527  
notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the December 13, 2018, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

FRANKLEN K. BELHASEN             All other parties requesting electronic notice

By: /s/ Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee