**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

| | |
|---|---|
| IN RE: | CASE NUMBER 18-70594 |
| Kathleen S Prater | |

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 01/15/2019                                               TIME: 10:00

ISSUE:

25   12/13/2018   Order Continuing Confirmation Hearing. Confirmation hearing to be held on 1/15/2019 at 10:00 AM at Pikeville District Courtroom. (srw)

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
**Gregory Schaaf**
**Bankruptcy Judge**
**Dated: Tuesday, January 15, 2019**
**(rah)**